UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) Plaintiff(s), ) ) vs. ) ) LAVA CONSTRUCTION GROUP, LLC, ) et al., ) ) Defendant(s). ) | Case No. 4:10CV2108 JCH |

## ORDER

Upon review of the record, the Court notes the file contains neither proof of service upon nor entry of appearance on behalf of Defendants **LAVA CONSTRUCTION GROUP, LLC, AND ELAINE M. QUEATHAM**. Because it does not appear that service of Plaintiffs' First Amended Complaint has been timely made within 120 days after the filing of the First Amended Complaint on **February 18, 2011**,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), Plaintiffs shall show cause in writing, within fourteen (14) days of the date of this Order, why this action should not be dismissed without prejudice as to Defendants **LAVA CONSTRUCTION GROUP, LLC, AND ELAINE M. QUEATHAM**, for lack of timely service.

Dated this  30th  day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE